RECEIVED
IN MONROE, LA

APR 1 5 2008

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| CHARLES M. COSTELLO, ET AL | CIVIL ACTION NO. 07-CV-1937 |
| VERSUS | JUDGE JAMES |
| CAPITAL ONE NA, ET AL | MAGISTRATE JUDGE HORNSBY |

### JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion to Remand (Doc. 30) is granted and this case is remanded to the Fourth Judicial District Court, Morehouse Parish, Louisiana.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the ___15___ day of ___April___, 2008.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE